In the Matter of FRANCISCO COTA, Appellant, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.

Argued January 4, 1954; decided February 25, 1954.

*Jack Reinstein* and *William I. Cohen* for appellant.

*Alvin McKinley Sylvester, Emanuel D. Black* and *Robert W. Corcoran* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.